# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gennaro Rocco, et al.
                               Plaintiff,

v.                                           Case No.: 1:20−cv−04578
                                               Honorable Elaine E. Bucklo

Kraft Heinz Foods Company
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference set for 11/13/2020 at 09:45 AM (for tracking purposes only; no appearance will be required). Joint Rule 26(f) planning report due 11/9/2020. The court will enter a schedule on the report. Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.