## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENNARO ROCCO AND LORETTA SCHWEINSBURG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY,<br><br>Defendant. | Case No.: 1:20-cv-04578<br><br>Honorable Elaine E. Bucklo |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Gennaro Rocco and Loretta Schweinsburg hereby dismiss, without prejudice, all claims against Defendant. Each party shall bear its own costs.

Dated: January 11, 2021

Respectfully submitted,

  */s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Email: malmstrom@whafh.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
Brittany S. Scott*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
E-Mail: bscott@bursor.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed on this 11th day of January, 2021, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ *Carl V. Malmstrom*
Carl V. Malmstrom